*Friday, September 22, 2000*

## MOTION DOCKET

**00–428.  Holeton v. Crouse Cartage Co.**
Certified State Law Question, No. 98CV7578. This cause came before the court on the certification of a state law question from the United States District Court for the Northern District of Ohio, Western Division. Upon consideration of the motion of *amicus curiae,* Ohio Academy of Trial Lawyers, to participate in oral argument scheduled for October 10, 2000,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and the *amicus curiae* shall share the time allotted to petitioners.

**00–1647.  State ex rel. Baldzicki v. Cuyahoga Cty. Bd. of Elections.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition regarding an expedited election matter. Upon consideration of the motion for leave to intervene of Crocker Park, LLC,

IT IS ORDERED by the court that the motion be, and hereby is, granted. Crocker Parker, LLC is granted leave to intervene as respondent and shall proceed as a respondent in accordance with S.Ct.Prac.R. X(9).

RESNICK, J., not participating.

**00–1679.  Stop 26–Riverbend, Inc. v. Krichbaum.**
Mahoning App. No. 00CA153. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County. Upon consideration of appellants' emergency motion for stay of common pleas court proceedings and for stay of enforcement of temporary restraining order,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

DOUGLAS and RESNICK, JJ., dissent.

## DISCIPLINARY DOCKET

**98–143.  In re Resignation of Schaner.**
IT IS ORDERED by this court, *sua sponte,* that Brian Keith Schaner, Attorney Registration No. 0005282, last known address in Cleveland Heights, Ohio, is found in contempt for failure to comply with this court's order of February 12, 1998, to wit, failure to pay publication costs in the amount of $351.48 on or before April 26, 2000.

**98–1110.  In re Resignation of Shaman.**
IT IS ORDERED by this court, *sua sponte,* that Theodore Shaman, Attorney Registration No. 0022633, last known business address in Dayton, Ohio, is found in contempt for failure to comply with this court's order of July 7, 1998, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before August 6, 1998, and failure to pay publication costs on or before April 26, 2000.

**98–1214.  In re Resignation of Morgan.**
IT IS ORDERED by this court, *sua sponte,* that John Landis Morgan III, Attorney Registration No. 0020233, last known business address in Lithopolis, Ohio, is found in contempt for failure to comply with this court's order of July 21, 1998, to wit, failure to pay publication costs in the amount of $34.32 on or before April 26, 2000.